IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) Criminal No. 05-62 |
| DEAN TURNER | ) |

## O R D E R

AND NOW, to wit, this 13th day of April, 2009, upon consideration of the Motion to Set Case Off Court Calendar, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER observed by the Court that the prosecution of defendant, Dean Turner, has been deferred for a period of six (6) months by the United States Attorney pursuant to a written agreement with the defendant, for the purpose of allowing the defendant to demonstrate good conduct and thereby avoid further prosecution of this case, and that said action of the United States Attorney meets with the approval of this Court.

IT IS FURTHER ORDERED that the case at Criminal No. 05-62 as to defendant, Dean Turner, is hereby set off the calendar of the Court, and IT IS ORDERED that said case is hereby returned to the Clerk of Court pending further motion of the United States Attorney or the defendant, Dean Turner.

GARY L. LANCASTER
UNITED STATES DISTRICT JUDGE

cc: Defense Counsel
    United States Attorney
    Pretrial Services